# UNITED STATES DISTRICT COURT
PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING U.S. PROBATION OFFICER

May 13, 2005

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable John W. Bissell, Chief District Court Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE: MELLISH, Stephen
Dkt.#:92-00308-001
<u>REQUEST TO RELEASE PSI</u>

Dear Judge Bissell:

On February 18, 1994, the above named offender was sentenced by Your Honor to five (5) years probation for Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 371 (18 U.S.C. § 1344). Special conditions included 400 hours of community service, financial disclosure, and entering into a restitution agreement with the FDIC ($83,554.75) and providing periodic repayment. A $50.00 special assessment was imposed and paid. On May 16, 1996, Your Honor approved a modification to add a special condition for mental health treatment.

While on supervision, Mellish lived with his wife and two sons at 44 Rustic Circle, Waldwick, New Jersey. He was self employed as a commercial loan officer earning minimal inconsistent income. He was marginally compliant with following the standard conditions of supervision, often failing to submit monthly reports and requested documents. He also owed the IRS over $50,000 and failed to pay municipal taxes, placing his residence in foreclosure. The offender attended counseling as directed and completed his community service work at Habitat for Humanity. His case expired on February 17, 1999.

This letter is to advise that on April 20th, 2005, in the Superior Court of New Jersey, Mercer County, after a jury trial, Mellish was found guilty of the following charges:
1) Attempted Sexual Assault
2) Luring/Enticing a Child
3) Attempted Criminal Sexual Assault (2cts).

The Mercer County Probation Office is preparing a presentence report and has requested a copy of the federal PSI dated February 3, 1994. We are requesting Your Honor's permission to release the report.

MAY 16 2005

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Janice L. Fink
    Senior U.S. Probation Officer

jlf

Permission to release the presentence report is granted ✓

Permission to release the presentence report is denied _____

Other _____

_____      May 17, 2005
Honorable John W. Bissell          Date
Chief U.S. District Court Judge